**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff(s):<br>Shirley Ann Howard | No. MD-15-02641-PHX-DGC<br><br>Civil Case No:<br><br><br>**SHORT FORM COMPLAINT** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1.        Plaintiff/Deceased Party: Shirley Ann Howard


2.        Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim: N/A

3.        Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator): N/A

4.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

the time of implant: <u>Arkansas</u>

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

<u>Arkansas</u>

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence: <u>Arkansas</u>

7. District Court and Division in which venue would be proper absent direct filing:
<u>United States District Court Western District of Arkansas, Hot Springs Division</u>

8.      Defendants (check Defendants against whom Complaint is made):

   <u>*X*</u>      C.R. Bard Inc.

   <u>*X*</u>      Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

   <u>*X*</u>      Diversity of Citizenship

   ☐      Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master

   Complaint: <u>N/A</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check

   applicable Inferior Vena Cava Filter(s)):

   ☐      Recovery® Vena Cava Filter

   <u>*X*</u>      **G2® Vena Cava Filter**

     □       G2® Express (G2®X) Vena Cava Filter

     □       Eclipse® Vena Cava Filter

     □       Meridian® Vena Cava Filter

     □       Denali® Vena Cava Filter

Other: _____

11. Date of Implantation as to each product: <u>04/02/2010</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

| | |
|---|---|
| X | Count I: Strict Product Liability – Manufacturing Defect |
| X | Count II: Strict Product Liability – Information Defect (Failure to Warn) |
| X | Count III: Strict Product Liability – Design Defect |
| X | Count IV: Negligence – Design |
| X | Count V: Negligence – Manufacture |
| X | Count VI: Negligence – Failure to Recall/Retrofit |
| X | Count VII: Negligence – Failure to Warn |
| X | Count VIII: Negligent – Misrepresentation |
| X | Count IX: Negligent Per Se |
| X | Count X: Breach of Express Warranty |
| X | Count XI: Breach of Implied Warranty |
| X | Count XII: Fraudulent Misrepresentation |
| X | Count XIII: Fraudulent Concealment |
| X | Count XIV: Violations of Applicable ___AR_____ Law Prohibiting consumer Fraud and Unfair and Deceptive Trade Practices |
| | Count XV: Loss of Consortium |
| | Count XVI: Wrongful Death |
| | Count XVII: Survival for Punitive |
| | Other(s): _____(please state the facts supporting) |

13.    Jury Trial demanded for all issues so triable?  <u>Yes</u>


Respectfully submitted this 5th day of June, 2017.


*/s/ Barry D. Levy*

Barry D. Levy – (OH Reg #0018986)

**O'CONNOR, ACCIANI & LEVY LPA**

Attorney for Plaintiff

600 Vine Street, Suite 1600

Cincinnati, Ohio 45202

Telephone: 513-241-7111

Facsimile: 513-241-7197

Email: BDL@oal-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal   of   a   Notice   of   Electronic   Filing,   <u>richard.north@nelsonmullins.com</u>; <u>maria.turner@nelsonmullins.com</u>; and <u>matthew.lerner@nelsonmullins.com</u>.


*/s/ Barry D. Levy*

Barry D. Levy - 0018986

Attorney for Plaintiff
